UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DIANE RUNKEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) No. 18-cv-3206 |
| CITY OF SPRINGFIELD, and JAMES O. LANGFELDER, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S SIXTH RENEWED MOTION IN LIMINE**

**NOW COME** Defendants, City of Springfield (hereinafter, "City"), and James O. Langfelder, by and through their attorney, Steven C. Rahn, Sr. Assistant Corporation Counsel for the City of Springfield, and for their Response to Plaintiff's Renewed Sixth Motion in Limine state as follows:

1. Sandy Robinson was identified and disclosed as a person with knowledge in the Defendants' initial disclosures filed in 2019.

2. Sandy Robinson was again disclosed in the 2020 interrogatory answers as a person with knowledge, and specifically with knowledge of Plaintiff's work performance.

3. Plaintiff can hardly claim not to know of Sandy Robinson's supervision of her performance. Plaintiff was also aware that she had been subject to a 2-day suspension in 2016 for her behavior towards Mr. Robinson.

4. Plaintiff elected not to depose Sandy Robinson.

5. Mr. Robinson clearly should be allowed to testify as to his working relationship with Plaintiff.

6. When Defendants responded to interrogatories in 2020, Sandy Robinson was no longer employed by the City.

7. When Defendants responded to interrogatories in 2020, Mayor Langfelder did not remember Mr. Robinson making a recommendation as to his successor as Purchasing Agent.

8. Mr. Robinson will testify that he discussed his departure and his recommendation for his successor in a one-on-one meeting with Mayor Langfelder.

9. The fact that Mayor Langfelder did not initially remember Mr. Robinson's recommedation might fairly subject him to impeachment, but it is not disqualifying.

10. Plaintiff's counsel was able to interview Mr. Robinson on the evening of Dec. 4, 2023, about all relevant matters to which he has knowledge.

**WHEREFORE,** Defendants pray Plaintiff's Sixth Motion in Limine be denied.  Alternately, Mr. Robinson should be allowed to testify as to his experiences working with Plaintiff, which knowledge was disclosed in 2019 and 2020.

RESPECTFULLY SUBMITTED,
s/ Steven C. Rahn
Bar Number 6188985
Attorneys for Defendants,
Room 313 Municipal Center East
800 East Monroe Street
Springfield, Illinois 62701-1689
Telephone:   (217) 789-2393
Fax:             (217) 789-2397
Email: steven.rahn@springfield.il.us

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following: **John A. Baker** and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: none.

                                            **RESPECTFULLY SUBMITTED,**
                                            s/ Steven C. Rahn