Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Diane Runkel,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Case Number: 18-3206** |
| ) | |
| **City of Springfield and** ) | |
| **James O. Langfelder,** ) | |
| ) | |
| **Defendants.** ) | |

### JUDGMENT IN A CIVIL CASE

☒ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the issues have been tried and the jury has entered its verdict in favor of Plaintiff and against Defendant City of Springfield in respect to the claim of race discrimination in violation of 42 U.S.C. § 2000e-2(a)(1) (Count I) and claim of retaliation in violation of 42 U.S.C. § 2000e-3(a) (Count III). The jury has entered its verdict in favor of the Defendant James Langfelder in respect to the claim of discrimination in violation of 42 U.S.C. § 1983 (Count II).   The jury has awarded Plaintiff compensatory damages of $100,000.00 against the City of Springfield.   The jury has awarded Plaintiff $1.00 in nominal damages against Defendant James Langfelder.

**Dated: 12/8/2023**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

Approved:   s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge