# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Diane Runkel** <br><br> **Plaintiff,** <br><br> vs. <br><br> **City of Springfield and James O. Langfelder,** <br><br> **Defendants.** | Case Number: 18-cv-3206 |

### AMENDED JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in addition to the $100,000 award granted by the jury, Plaintiff is awarded damages for equitable relief in the amount of: $429,145.55 in back pay; $79,420.08 in prejudgment interest; $23,916.66 in health care differential; $76,859.13 in IMRF contributions; and $36,474.58 as a tax-component award, for a total award of $745,816.00.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Court, in its discretion, awards Plaintiff $215,862.50 in attorney's fees and $644 in costs.

**Dated: May 24, 2024**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

Approved:   s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge